KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Facsimile:  (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 6/15/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 06-00362 |
|         Plaintiff, ) | [ |
|    v. ) | ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| DAVID JOHN HOUGH, ) | |
|         Defendant. ) | |

     This matter came before the Court for a hearing on the defendant's pending pretrial motions on June 5, 2006. Counsel for the government and the defendant were present. At the conclusion of the hearing, the Court ruled as follows:

     IT IS HEREBY ORDERED that this case is continued to September 18, 2006 at 1:30 p.m. for trial, with a final pretrial conference to be held on September 7, 2006 at 2:00 p.m.

     IT IS FURTHER ORDERED that the period of time from June 5, 2006 through and including September 18, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). The Court finds that the ends of justice served by this continuance outweigh the best interests of

the public and the defendant in a speedy trial for the following reasons: the additional time is needed for the effective preparation of counsel for trial, taking into account the exercise of due diligence. Furthermore, the parties have agreed to participate in a settlement conference to explore any potential resolution of the case prior to trial.

For the foregoing reasons, the Court finds that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

Dated this __15__ day of June, 2006.

                        /s/ Ronald M. Whyte
                        RONALD M. WHYTE
                        United States District Judge

Copies to be served on:

SHAWNA YEN
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

LARA VINNARD
Assistant Federal Public Defender
160 W. Santa Clara Street, Suite 575
San Jose, California 95113